Hon. James L. Robart
Hon. Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIRAG PATEL,<br><br>        Petitioner,<br><br>        v.<br><br>WILLIAM P. BARR, United States Attorney General; et al.,<br><br>        Respondents. | NO. 2:20-cv-00423-JLR-MLP<br><br>Stipulated Motion to Dismiss Habeas Petition and Lift Order Staying Removal<br><br>Note on Motion Calendar:  April 20, 2020 |

Petitioner Chirag Patel (Mr. Patel) and Respondents stipulate and move to dismiss Mr. Patel's habeas petition and lift the stay of removal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 10(g), without fees or costs. Mr. Patel's habeas petition sought review of U.S. Citizenship and Immigration Service's (USCIS) and an immigration judge's determination that he lacked a credible fear of persecution or torture if he returned to India.  Dkt. no. 1.  He also sought and obtained an order temporarily staying his removal.  Dkt. nos. 2 & 4. USCIS has since placed Mr. Patel in full removal proceedings following a

JOINT STIPULATION TO DISMISS AND LIFT ORDER
STAYING REMOVAL - 1
(2:20-cv-00423-JLR-MLP)

LAW OFFICE OF JEFFREY GOLDMAN,
PLLC
1001 4TH AVE., STE. 3200
SEATTLE, WA 98154
206-488-9030

determination that he has a credible fear of persecution or torture. As such, he is no longer subject to an order of removal and the Court's order staying removal should be lifted. Accordingly, the parties stipulate as follows:

1. Mr. Patel's habeas petition is dismissed without prejudice;

2. This Court's temporary stay of Mr. Patel's removal [dkt. no. 4] is lifted; and

3. All parties shall bear their own attorney fees and costs.

DATED this 20th day of April 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/ *Jeffrey B. Goldman*
JEFFREY B. GOLDMAN, WSBA #39747
Law Office of Jeffrey Goldman, PLLC
1001 Fourth Ave., Suite 3200
Seattle, WA 98154
Phone: 206-488-9030
Fax: 888-282-6930
Email: Jeff@jeffgoldmanlaw.com
Attorney for Petitioner

s/*Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:    206-553-4067
Email:  kyle.forsyth@usdoj.gov

IT IS SO ORDERED.

ENTERED this 21st day of April 2020

_____
Hon. James L. Robart
United States District Court Judge

JOINT STIPULATION TO DISMISS AND LIFT ORDER STAYING REMOVAL - 2
(2:20-cv-00423-JLR-MLP)

LAW OFFICE OF JEFFREY GOLDMAN, PLLC
1001 4TH AVE., STE. 3200
SEATTLE, WA 98154
206-488-9030